UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE:

    Gary V. Nelson
    Wendy M. Nelson

                                                                  Case No. 11-40930-PJS
                                                                 Chapter 13
                                                                 Hon. Phillip J. Shefferly

                Debtor(s).
_____/
Gary V. Nelson
Wendy M. Nelson,


                Plaintiff(s),

-vs-                                                                  Adversary Case No. 11-04630

CCO Mortgage, and/or
RBS Citizens, N.A.,
Jointly and Severally,

                Defendant(s).
_____/

**PROOF OF SERVICE**

       Margaret A. Martin, certifies that she is employed by the Law Office of Charles J. Schneider, P.C. and that on February 1, 2011, she mailed a copy of Summons and Complaint to Determine the Extent of the Lien of CCO Mortgage, and/or RBS Citizens, N.A. on:

The following individuals were served by placing document in a envelope, correctly addressed and placing same in the U.S. Mail with postage pre-paid:

Gary V. Nelson
Wendy M. Nelson
24670 Timber Ridge Trail
Brownstown, MI 48134

The following individual was served Electronically pursuant to the court notice of service:

Krispen S. Carroll
Chapter 13 Trustee
719 Griswold Street 1100 Dime Building
Detroit, MI 48226-3314

The following entities were served Certified Mail placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage prepaid:

CCO Mortgage, a division of RBS Citizens, N.A.
Attn: Ellen Alemany, CEO of RBS Citizens, N.A.
One Citizens Plaza
Providence, RI 02903

RBS Citizens, N.A.
Attn: Ellen Alemany, CEO of RBS Citizens, N.A.
One Citizens Plaza
Providence, RI 02903

                                                  /s/ Margaret A. Martin
                                                  Margaret A. Martin
                                                  LAW OFFICE OF CHARLES J. SCHNEIDER, P.C.
                                                  39319 Plymouth Rd., Ste. 1
                                                  Livonia, MI 48150
                                                  (734) 591-4890
                                                  notices@cschneiderlaw.com